IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>vs<br><br><br>**ALEJANDRO GARCIA,**<br>        Defendant.<br>USM# 72951-008<br>DOB: 05/19/77 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | FEB  9 2000<br><br>No. **CR 98-586-01-TUC-FRZ**<br><br>**ORDER OF COMMITMENT<br>FOLLOWING REVOCATION<br>SUPERVISED RELEASE** |

    On August 31, 1998, the defendant, present with counsel, appeared for sentencing for violating Title 8, USC §1324(a)(1)(A)(ii), Transportation of Illegal Aliens, as charged in the Indictment filed herein. The defendant was sentenced to a period of SIX (06) MONTHS followed by a period of Supervised Release of THREE (03) YEARS with additional conditions.

    On February 7, 2000, the defendant, present with counsel, admitted he had violated the conditions of his Supervised Release as reflected in allegations #1,2,4 and 4 of the petition filed in this matter. Upon agreement of the parties,

    IT IS ORDERED that the Order of **Supervised Release imposed on the defendant** is hereby **REVOKED and the defendant is committed to the custody of the Bureau of Prisons for imprisonment for a period of ELEVEN (11) MONTHS.** Allegation number 3 is dismissed.

    DATED:  February 7, 2000

                                                 FRANK R. ZAPATA
                                          United States District Judge

USA, PO, Butler, USM, PSA, OB